IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK LEIPS, Derivatively on Behalf of MINDSPEED TECHNOLOGIES, INC., and individually on behalf of himself and all other similarly situated shareholders of MINDSPEED TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAOUF Y. HALIM, MICHAEL T. HAYASHI, MING LOUIE, THOMAS A. MADDEN, JERRE L. STEAD, ROBERT J. CONRAD and DWIGHT W. DECKER, <br><br> Defendants, <br><br> and <br><br> MINDSPEED TECHNOLOGIES, INC., <br><br> Nominal defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 13-15-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 20th day of March, 2014, consistent with the memorandum issued this same date;

IT IS ORDERED that:

1. Mindspeed's motion to dismiss (D.I. 18) is granted on the issue of standing.

Plaintiff is given leave to file an amended complaint on or before **April 30, 2014**.

2. The individual defendants' motion to dismiss for failure to state a claim (D.I.

16) is denied as moot.

_____
United States District Judge