IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLARK LEIPS, derivatively on behalf of MINDSPEED TECHNOLOGIES, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 13-cv-15-SLR |
| RAOUF Y. HALIM, et al., | : : | |
| Defendants, | : : | |
| -and- | : : | |
| MINDSPEED TECHNOLOGIES, INC., a Delaware Corporation, | : : : | |
| Nominal Defendant. | : | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted in this action are dismissed without prejudice with each party to bear its own costs.

Dated: April 30, 2014                              Respectfully submitted,

FARNAN LLP                                         MORRIS NICHOLS, ARSHT & TUNNELL

/s/ Michael J. Farnan                              /s/ D. McKinley Measley
Brian E. Farnan (#4089)                            William M. Lafferty (#2755)
Michael J. Farnan (#5165)                          D. McKinley Measley (#5108)
Rosemary J. Piergiovanni (#3655)                   1201 N. Market Street
919 North Market Street, 12th Floor                P.O. Box 1347
Wilmington, DE 19801                               Wilmington, DE 19899-1347
(302) 777-0300                                     (302) 658-9200
(302) 777-0301 (Fax)                               wlafferty@mnat.com
bfarnan@farnanlaw.com                              mmeasley@mnat.com
mfarnan@farnanlaw.com                              *Attorneys for the Individual Defendants and*
rpiergiovanni@farnanlaw.com                        *Nominal Defendant, Mindspeed Inc.*
*Attorneys for Derivative Plaintiff, Clark Leips*

IT IS SO ORDERED, this _____ day of _____, 2014.

_____
The Honorable Sue L. Robinson